IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-00207-FDW

| | |
|---|---|
| DRELLCO LAMONT HUNTER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| FNU MITCHELL, *et al.*, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its own motion.

Plaintiff is a prisoner of the State of North Carolina and was so at the time that he filed his § 1983 complaint. After an initial review of the complaint and the supporting documents, the Court noted that Plaintiff may not have exhausted his administrative remedies prior to filing his complaint as required by the Prisoner Litigation Reform Act ("PLRA") because he did not include a copy of his Step Three response. See 42 U.S.C. § 1997e(a). Plaintiff was therefore ordered to provide a copy of the Step Three response to his grievance and he was provided up to and including September 25, 2015, in order to comply with the Order. However, to date Plaintiff has not complied with the Order nor has he moved for an extension of time in which to do so, and Plaintiff was warned that failure to comply with the Order would result in dismissal of his complaint and without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint is **DISMISSED without prejudice**. (Doc. No. 1). The Clerk is directed to close this civil case.

Signed: October 5, 2015

Frank D. Whitney
Chief United States District Judge